# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 20-10986 |
| Shannon Day Hill | ) | Chapter 13 Proceedings |
| Debtors. | ) | Judge Jessica Price Smith |

## TRUSTEE'S OBJECTION TO AMENDED SECOND APPLICATION
## FOR PROFESSIONAL COMPENSATION

Now comes LAUREN A. HELBLING, the duly appointed and qualified Standing Chapter 13 Trustee ("Trustee") herein, and hereby objects to the attorney's Amended Second Application for Professional Compensation (the "Amended Application"). In support of this objection, Trustee makes the following representations to the Court:

1. On January 28, 2021, Attorney William J. Balena ("Attorney Balena") filed the Amended Application requesting attorney fees in the amount of $2,415.10, which is to be paid through the Chapter 13 plan.

2. Upon Trustee's review of the Amended Application, particularly the time entries included, Trustee reviewed a time entry dated "11/05/20" relating to the drafting of an objection to claim 9-1, wherein Attorney Balena indicates 2.0 hours spent on this item totaling $650.00. Trustee considers this amount of time for the preparation of the objection to claim to be excessive as it appears the objection to claim was routine and nothing out of the ordinary which would cause an excessive amount of time to prepare. Since Attorney Balena has not demonstrated that the fee for this item is of an extraordinary matter, Trustee submits said request should be reduced accordingly.

WHEREFORE your Trustee, being a proper party in interest, hereby moves this Honorable Court to sustain his objection and reduce the Application for the aforementioned reasons cited.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
ch13trustee@ch13cleve.com

**CERTIFICATE OF SERVICE**

I certify that on February 9, 2021, a true and correct copy of the Trustee's Objection to Amended Second Application for Professional Compensation was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    William J. Balena, on behalf of Shannon Day Hill, Debtor(s), at docket@ohbksource.com

And by regular U.S. mail, postage prepaid, on:

    Shannon Day Hill, Debtor at 264 Northfield Drive, Elyria, OH 44035

    /S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
ch13trustee@ch13cleve.com